

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-15-00497-CV

**IN RE** Natalie **BAKER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
             Patricia O. Alvarez, Justice
             Jason Pulliam, Justice

On August 7, 2015, relator Natalie Baker filed a petition for writ of mandamus and motion for emergency stay and temporary orders regarding an underlying child custody proceeding.

Relator's request for emergency stay and temporary orders is DENIED. The petition for writ of mandamus remains pending before this court.

It is so **ORDERED** on August 7, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-11242, styled *In the Interest of A.N.B. and N.A.B., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.